BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant United States Attorney
JOSH F. SIGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**

MAR 1 3 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DONALD BROWN <br> aka "Duck," <br><br> Defendant. | CASE NO. 2:14-CR-0074 MCE <br><br> ORDER TO SEAL <br> (UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Special Assistant U.S. Attorney Josh F. Sigal to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated: 3/13/14

_____
HONORABLE DALE A. DROZD
United States Magistrate Judge