HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE D. BARBOUR, #185395
Attorney
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
DONALD BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:14-cr-00074-MCE-1 |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET A |
| v. | ) ) | MOTION HEARING AND BRIEFING SCHEDULE |
| DONALD BROWN, | ) ) | |
| Defendant. | ) ) ) | Date:  May 22, 2014 Time:  9:00 a.m. Judge: Hon. Morrison C. England |

DONALD BROWN by and through his counsel, RACHELLE BARBOUR, esq., of the OFFICE OF THE FEDERAL DEFENDER, and JOSH SIGAL, Special Assistant United States Attorney, hereby stipulate and agree that the status conference set for April 3, 2014, be vacated and a motion hearing for disclosure of the identity of the confidential informant be set for May 22, 2014 at 9:00 a.m., and that the briefing schedule be set as follows:

Motion due:  April 24, 2014

Opposition due:  May 8, 2013

Reply due:  May 15, 2014

The parties stipulate the time between today's date and the filing of the motion should be excluded under 18 U.S.C. § 3161 (h)(7)(B) [reasonable time to prepare] (Local Code T4) and that the ends of justice served by the granting of such continuance outweigh the interests of the

-1-

public and the defendant in a speedy trial.  The parties also stipulate that the time from the filing of the motion until it is heard must be excluded under 18 U.S.C. § 3161(h)(1)(d)[pendency of motion](Local Code E).  Accordingly, speedy trial time is to be excluded from the date of this order through the date of the hearing set for April 22, 2014.

DATED: April 1, 2014                    HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ Rachelle Barbour
                                        RACHELLE BARBOUR
                                        Attorney for Defendant

DATED:  April 1, 2014                   BENJAMIN WAGNER
                                        United States Attorney

                                        /s/ Rachelle Barbour for
                                        JOSH SIGAL
                                        Special Assistant U.S. Attorney
                                        Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Time is excluded to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested briefing schedule and continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of this order, up to and including May 22, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)(reasonable time for counsel to prepare - Local Code T4).  It is further ordered that the April 3, 2014 status conference be vacated, and a motion hearing be set for May 22, 2014 at 9:00 a.m.  The proposed briefing schedule is adopted.

IT IS SO ORDERED.

Dated:  April 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT